UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MATTHEW DEGENNARO,

                Plaintiff,

v.                                    ORDER

HERITAGE FINANCIAL CREDIT UNION, et      25-cv-09665-PMH
al.,

                Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
       March 2, 2026

                                   _____
                                   Philip M. Halpern
                                   United States District Judge